DAVID PRESTON *et al.*

*v.*

FREDERICK GAHL.

*Ottawa, March Term,* 1880.

APPEAL FROM APPELLATE COURT—*in forcible detainer.* In an action of forcible detainer, which does not involve a franchise, a freehold or the validity of a statute, and in which the amount involved does not exceed $1000, an appeal will not lie from the Appellate Court to this court, there being no question of law certified from the Appellate Court.

APPEAL from the Appellate Court for the Second District.

This was an action of forcible detainer. Mr. THOS. P. BONFIELD, for the appellee, moved to dismiss the appeal upon the ground that there was no question of law certified from the Appellate Court, there being no other matter involved which could give the right of appeal to this court.

SCHOLFIELD, J.: The case does not involve a franchise, a freehold, or the validity of a statute,—nor does the amount involved exceed $1000, so, in the absence of any question of law being certified from the Appellate Court, there is no right of appeal to this court. The appeal will be dismissed.

*Appeal dismissed.*